ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DRAIME GORLA, | ) Case No. CV 10-7340 R (JEMx) |
|          Claimant, | ) |
|       vs. | ) ORDER GRANTING   MOTION TO  ) DISMISS ACTION WITH PREJUDICE |
| INTERNAL REVENUE SERVICE AGENTS: MAUREEN GREEN     ID# 29-13033; URSULA S. DEAN    ID#:(Unknown); D. LOVATO,        ID#:(Unknown); R.A. MITCHELL,    ID#:(Unknown); SUSAN MEREDITH,   ID#:(Unknown); INEZ R. PERALES,  ID#1000161325; DONNA FLORES      ID#:(Unknown); WILLIAM O'NEILL   ID#:(Unknown); | ) |
|          Defendants. | ) |

The above case came on for hearing before the Honorable Manuel L. Real, United States District Judge, on January 3, 2011, upon the United States of America's MOTION TO DISMISS filed on November 10, 2010.

The Court has carefully considered the papers filed and the

1

1 entire record herein. For the reasons stated by the Court at the
2 January 3, 2011 hearing and for good cause appearing thereon, the
3 Court grants the Unites States' MOTION TO DISMISS. Therefore, it
4 is hereby ordered that claimant's first amended Complaint and
5 action are dismissed, with prejudice.
6     **IT IS SO ORDERED**.
7 Dated: Jan. 6, 2011

_____
MANUEL L. REAL
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Defendants, MAUREEN GREEN, URSULA S. DEAN, D. (Diane) LOVATO, R.A. MITCHELL, SUSAN MEREDITH, INEZ R. PERALES, DONNA FLORES, WILLIAM O'NEILL

2